[This opinion has been published in *Ohio Official Reports* at 90 Ohio St.3d 164.]

GALLO, APPELLEE, *v.* TRAKAS, APPELLANT, ET AL.

[Cite as *Gallo v. Trakas*, 2000-Ohio-27.]

*Statutes of limitations—Court of appeals' judgment affirmed on authority of Johnson v. Rhodes.*

(Nos. 00-403 and 00-482—Submitted August 22, 2000—Decided October 11, 2000.)

APPEAL from and CERTIFIED by the Court of Appeals for Franklin County, No. 99AP-513.

————————————

*Crabbe, Brown, Jones, Potts & Schmidt, Daniel J. Hurley* and *Steven E. Miller*, for appellant.

————————————

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Johnson v. Rhodes* (2000), 89 Ohio St.3d 540, 733 N.E.2d 1132.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————